ACCEPTED
12-16-00048-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/11/2016 7:57:44 AM
Pam Estes
CLERK

CAUSE NO. 12-16-00048-CR

| | | |
|---|---|---|
| JAMES BALES | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

7/11/2016 7:57:44 AM

PAM ESTES
Clerk

## MOTION TO
### EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 and 10.5(b)of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State of Texas v. James Bales and numbered 114-0680-15.

3. Appellant was convicted of Murder on February 4, 2016.

4. Appellant was assessed a sentence of life confinement in the Texas Department of Criminal Justice-Institutional Division.

5. Notice of Appeal was given on February 5, 2016.

6. The Clerk's Record was filed on March 10, 2016; the Reporter's Record was filed on May 10, 2016.

7. The Appellant's Brief is due on July 10, 2016. Counsel requests the Court an extension of sixty (60) days due to the number of briefs with deadlines.

8. Appellant requests an extension of time due to the following facts and circumstances. Since the record was completed, counsel has filed the following briefs with the Twelfth Court of Appeals.

   A. Appellant's Brief in Cedric Humble, Jr. v. State of Texas, cause number 12-15-00239-CR on May 13, 2016;

B.  Appellant's Brief in <u>Chardone Price v. State of Texas</u>. cause number 12-16-00005-CR on May 16, 2016;

C.  Appellant's Brief in <u>Trevor Schendel v. State of Texas,</u> cause number is 12-16-00022-CR on May 23, 2016;

D.  Appellant's Brief in <u>Nicholas Sanchez, Jr. v. State of Texas,</u> cause number is 12-15-00302-CR on June 1, 2016;

E.  Appellant's Brief in <u>Daniel Reed v. State of Texas,</u> cause number 12-15-00291-CR on June 10, 2016 with no further extensions;

F.  Appellant's Brief in <u>Matt Williamson v. State of Texas</u>, cause number 12-16-00060-CR June 11, 2016 with no further extensions;

G.  Appellant's Brief in <u>Lavonte Williams v. State of Texas</u>, on June 20, 2016, cause number 12-16-00057-CR with no further extensions;

H.  Appellant's Brief in <u>Remi Goines v. State of Texas,</u> cause numbers 12-16-00053-CR and 12-16-00054-CR on July 1, 2016 with no further extensions;

I.  Appellant's Brief in <u>Eddie Jackson v. State of Texas</u>, cause number 12-16-00102-CR on July 6, 2016 with no further extensions;

J.  The 114th Judicial District Court ordered a capital murder writ/status hearing in <u>State of Texas v. Clifton Lamar Williams,</u> cause no. 114-1505-06 on June 30, 2016; and

K.  The 114th Judicial District Court ordered an evidentiary hearing in an 11.07 Writ of Habeas Corpus in <u>State of Texas v. Delanda Player,</u> cause no. 114-0765-14-A. Counsel prepared and filed proposed findings of fact and conclusion of law on May 27, 2016.

10.  Appellant's Counsel has the following briefs pending:

A.  Appellant's Reply Brief in <u>Joseph Neal Jones v. State of Texas,</u> cause number 12-15-00267-CR on July 10, 2016;

B.  Appellant's Brief in <u>Latisha White v. State of Texas,</u> cause numbers 12-

16-00110-CR, 12-16-00111-CR, 12-16-00112-CR and 12-16-00113-CR on July 14, 2016;

C.  Appellant's Brief in <u>Justin Tave v. State of Texas,</u> cause number 12-16-00106-CR on July 14, 2016;

D.  Appellant's Brief in <u>Kendrick Nelson-Phillips v. State of Texas,</u> cause number 12-16-00109-CR upon the completion of the Reporter's Record;

E.  Appellant's Brief in <u>In the Interest of J.B., a juvenile,</u> cause number 12-16-00116-CV upon the completion of the Clerk's Record;

F.  Appellant's Brief in <u>Desmond Veal v. State of Texas,</u> cause number 12-16-00132-CR upon the completion of the Reporter's Record;

G.  Appellant's Brief in <u>Ann Catherine Reese v. State of Texas,</u> cause number 12-16-00143-CR upon the completion of the Reporter's Record;

H.  Appellant's Brief in <u>Darrius Montrall Jones v. State of Texas,</u> cause number 12-16-00182-CR upon the completion of the Clerk's Record and the Reporter's Record;

I.  Appellant's Brief in <u>Early Greathouse v. State of Texas,</u> cause number 12-16-00164-CR upon the completion of the Clerk's Record and the Reporter's Record;

J.  Appellant's Brief in <u>Robert Earl Johnson, Jr. v. State of Texas,</u> cause number 12-16-00151-CR upon the completion of the Clerk's Record and the Reporter's Record;

K.  Appellant's Brief in <u>Nakeldrick Erskine v. State of Texas,</u> cause numbers 12-16-00187-CR and 12-16-00188-CR upon completion of the Clerk's Record and the Reporter's Record; and

L.  Appellant's Brief in <u>Kenneth Scott Alexander v. State of Texas,</u> cause number 12-16-00107-CR upon being reset by the Court.

10.  Counsel was in trial the first week of May, 2016 in the 294th District Court in Van Zandt County in <u>State of Texas v. Rodney Morris</u>, cause number CR13-

00459 beginning May 3, 2016. The trial ended with an acquittal on the felony charge, and a verdict on a lesser included misdemeanor charge.

11. Counsel has appeared in numerous hearings in state and federal court over the last thirty days, including hearings in the Eastern District of Texas - Tyler Division, and hearings in Smith and Van Zandt Counties.

12. Appellant requests an extension of time due to the above referenced facts and circumstances.

13. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for APPELLANT

CERTIFICATE OF SERVICE

This is to certify that on June 11, 2016, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, 100 North Broadway Ave., 4th Floor, Smith County Courthouse, Tyler, Texas 75702, by electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.